**WO**                                                                                   SVK

1

2

3

4

5

6                          **IN THE UNITED STATES DISTRICT COURT**

7                              **FOR THE DISTRICT OF ARIZONA**

8

9   Forrest Dunbar,                          )   No. CV 06-2544-PCT-SMM (MEA)
                                             )
10                Plaintiff,                  )   **ORDER**
                                             )
11  vs.                                      )
                                             )
12                                           )
    U.S.D.A. Forest Service, et al.,         )
13                                           )
                                             )
14                Defendants.                )
                                             )
15  _____     )

16          Plaintiff Forrest Dunbar, confined in the Arizona State Prison Complex in Yuma,

17  Arizona, has filed a *pro se* civil action alleging breach of contract.  Plaintiff has not paid the

18  $350.00 civil action filing fee, nor has he filed a proper Application to Proceed *In Forma*

19  *Pauperis*.   Plaintiff has filed an Application for Deferral or Waiver of Court Fees and/or

20  Costs, which the Court will deny.  The Court will give Plaintiff 30 days to pay the fee or file

21  a completed Application to Proceed *In Forma Pauperis*.

22  **I.  Payment of Filing Fee**

23          When bringing an action, a prisoner must either pay the $350.00 filing fee in a lump

24  sum or, if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally

25  as set forth in 28 U.S.C. § 1915(b)(1).  An application to proceed *in forma pauperis* requires

26  an affidavit of indigence and a *certified* copy of the inmate's trust account statement for the

27  six months preceding the filing of the Complaint.  28 U.S.C. § 1915(a)(2).  An inmate must

28

JDDL

1  submit statements from each institution where he was confined during the six-month period.

2  Id.  To assist prisoners in meeting these requirements, the Court requires use of a form

3  application.  LRCiv  3.4(a).

4      If a prisoner is granted leave to proceed *in forma pauperis*, the Court will assess an

5  initial partial filing fee equal to 20% of either the average monthly deposits or the average

6  monthly balance in Plaintiff's account, whichever is greater.  28 U.S.C. § 1915(b)(1).  An

7  initial partial filing fee will only be collected when funds exist.  28 U.S.C. § 1915(b)(4).  The

8  balance of the fee is collected in monthly payments equaling 20% of the preceding month's

9  income credited to an inmate's account, each time the amount in the account exceeds $10.00.

10  28 U.S.C. § 1915(b)(2).

11  **II.  Application Fails to Comply With Statute**

12      Plaintiff has filed an Application for Deferral or Waiver of Court Fees and/or Costs.

13  Plaintiff is seeking deferral or waiver of all filing and other Court fees as well as deferral or

14  waiver of photocopying fees, transcript fees, and other fees. The *in forma pauperis* statute,

15  28 U.S.C. § 1915, does not authorize deferral or waiver of the statutory filing fee, nor does

16  it authorize payment by the Court of indigent litigants' general copying costs.  "The Supreme

17  Court has declared that 'the expenditure of public funds [on behalf of an indigent litigant]

18  is proper only when authorized by Congress . . . .'"  Tedder v. Odel, 890 F.2d 210, 211-12

19  (9th Cir. 1989) (quoting United States v. MacCollom, 426 U.S. 317, 321 (1976)).

20      To assist indigent inmates, § 1915 provides for payment of the fee in increments; it

21  does not provide for deferral or waiver of the fee.  Plaintiff is in the same position as other

22  indigent inmate plaintiffs who must pay the filing fee.  In addition, § 1915 authorizes the

23  Court to pay for service of process on behalf of an indigent litigant and, in certain cases, to

24  pay the costs of printing the record on appeal and preparing a transcript of proceedings, but

25  the statute does not authorize the Court to pay the costs for an indigent litigant's general copy

26  requests.  Cf. Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993) (§ 1915 does not authorize

27  the district courts to waive payment of fees or expenses for witnesses); Tedder, 890 F.2d at

28

211-12 (same).  Plaintiff's Application for Deferral or Waiver of Court Fees and/or Costs will be denied.

Plaintiff has not used the court-approved form for an Application to Proceed *In Forma Pauperis*.  Plaintiff has not provided a completed "Certificate of Correctional Official as to Status of Applicant's Trust Account," and he has not submitted a certified six-month trust account statement.  In light of these deficiencies, Plaintiff will be permitted 30 days to file a completed *in forma pauperis* application.

The Arizona Department of Corrections ("ADOC") has notified the Court that a certified trust fund account statement showing deposits and average monthly balances is available from the ADOC's Central Office.  Accordingly, Plaintiff must obtain the certified copy of his trust fund account statement for the six months immediately preceding the filing of the Complaint from the **ADOC's Central Office**.

**III.  Warnings**

**A.  Address Changes**

Plaintiff must file and serve a notice of a change of address 10 days before the move is effective, if practicable.  <u>See</u> LRCiv 83.3(d).  Plaintiff must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal.

**B.  Copies**

Plaintiff must submit an additional copy of every document that he files for use by the Court.  <u>See</u> LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**C.  Possible Dismissal**

Plaintiff is warned that failure to timely comply with every provision of this Order, including these warnings, may result in dismissal of this action without further notice.  <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)     Plaintiff's Application  for Deferral or Waiver of Court Fees and/or Costs to Proceed *In Forma Pauperis*, filed with the Complaint, is **denied without prejudice**.

(2)     Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis* and a six-month trust account statement.

(3)     If Plaintiff fails to either pay the $350.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice.

(4)     The Clerk of Court must mail Plaintiff a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Non-Habeas).

DATED this 2nd day of November, 2006.

Stephen M. McNamee
United States District Judge

**Instructions for Prisoners Applying for Leave to Proceed *in Forma Pauperis*
Pursuant to 28 U.S.C. § 1915 in a Civil Action (Non-habeas) in Federal Court**

You must pay the full filing fee of $350.00 for a civil action.  If you later file an appeal, you will be obligated to pay the $455.00 filing fee for the appeal.

If you have enough money to pay the full filing fee, you should send a cashier's check or money order payable to the Clerk of the Court with your complaint, petition, or notice of appeal.

If you do not have enough money to pay the full filing fee, you can file the action without prepaying the filing fee.  However, the court will assess an initial partial filing fee.  The initial partial filing fee will be the greater of 20% of the average monthly deposits or 20% of the average monthly balance in your prison or jail account for the six months immediately preceding the filing of the lawsuit.  The court will order the agency that has custody of you to withdraw the initial partial filing fee from your prison or jail account as soon as funds are available and to forward the money to the court.

After the initial partial filing fee has been paid, you will owe the balance of the filing fee. Until the filing fee is paid in full, each month you will owe 20% of your preceding month's income.  The agency that holds you in custody will collect that money and forward it to the court any time the amount in your account exceeds $10.00.  The balance of the filing fee may be collected even if the action is later dismissed, summary judgment is granted against you, or you fail to prevail at trial.

To file an action without prepaying the filing fee, and to proceed with an action *in forma pauperis*, you must complete the attached form and return it to the court with your complaint. You must have a prison or jail official complete the certificate on the bottom of the form and attach a certified copy of your prison or jail account statement for the last six months.  If you were incarcerated in a different institution during any part of the past six months, you must attach a certificate and a certified copy of your account statement from each institution at which you were confined.  If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed *in forma pauperis* will be denied.

Even if some or all of the filing fee has been paid, the court is required to dismiss your action if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief can be granted; or (4) your complaint makes a claim against a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from filing any other action *in forma pauperis* unless you are in imminent danger of serious physical injury.

Revised 4/9/06

<u>_____</u>
<small>Name and Prisoner/Booking Number</small>

<u>_____</u>
<small>Place of Confinement</small>

<u>_____</u>
<small>Mailing Address</small>

<u>_____</u>
<small>City, State, Zip Code</small>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| _____, | ) ) | CASE NO. _____ |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | APPLICATION TO PROCEED |
|  | ) | *IN FORMA PAUPERIS* |
| _____, | ) | BY A PRISONER |
| Defendant(s). | ) | CIVIL (NON-HABEAS) |
|  | ) |  |

I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
   ☐Yes   ☐No   If "Yes," how many have you filed? _____.
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes   ☐No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐Yes   ☐No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

3. Do you receive any other payments from the institution where you are confined?   ☐Yes   ☐No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

4.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?                                                                                         ☐Yes          ☐No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____

    _____

    _____

    I declare under penalty of perjury that the above information is true and correct.

_____                    _____
        DATE                                            SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, _____, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

(A)  the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B)  the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

_____                    _____
        DATE                                            SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
        (Printed name of official)
The applicant's trust account balance at this institution is:                              $_____
The applicant's average monthly deposits during the prior six months is:        $_____
The applicant's average monthly balance during the prior six months is:         $_____
The attached certified account statement accurately reflects the status of the applicant's account.

_____
DATE          AUTHORIZED SIGNATURE          TITLE/ID NUMBER          INSTITUTION