1  **WO**                                                                SVK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Forrest Dunbar, | No. CV 06-2544-PHX-SMM (MEA) |
| Plaintiff, | **ORDER** |
| vs. | |
| U.S.D.A. Forest Service, et al., | |
| Defendants. | |

By Order filed December 14, 2006, this case was ordered transferred to the Court of Claims, which has exclusive jurisdiction over the claims raised, and the civil case opened in this Court was ordered closed (Doc. #10). Apparently before he received a copy of the Order, Plaintiff filed a Motion for Service of Process by the Marshal's office (Doc. #11) and an inquiry regarding his Application to Proceed *In Forma Pauperis* filed on November 24, 2006.

Plaintiff is advised that his Application to Proceed *In Forma Pauperis* was denied without prejudice at the same time that his case was ordered transferred to the Court of Claims. This Court will deny without prejudice Plaintiff's Motion for Service of Process because the Court lacks subject matter jurisdiction over the case. Plaintiff should file no further documents in this case with this Court.

///

///

1   **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Service of Process
2   (Doc. #11) is **denied** without prejudice and Plaintiff must file no further documents in this
3   case with this Court.

4   DATED this 29th day of December, 2006.

*[signature]*
Stephen M. McNamee
United States District Judge